Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
25, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 25, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00175-CV

____________

 

IN RE TODD ALTSCHUL, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On February 26, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  Relator also filed
a motion for temporary relief.

As a party seeking mandamus relief, relator
has the burden of providing this court with a sufficient record to establish
his right to relief.  Walker v. Packer, 827 S.W.2d 833,
837 (Tex. 1992).  The
record does not establish relator=s right to relief in this case.  Accordingly, we deny relator=s petition for writ of mandamus and
motion for temporary relief. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 25, 2004.

Panel consists of
Justices Fowler, Edelman, and Seymore.